```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12657
   EVELYN C HOPMAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4431

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/04/2006 and was confirmed 01/16/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was converted to chapter 7 after confirmation 10/28/2008.
-------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
   GMAC MORTGAGE           CURRENT MORTG           .00            .00            .00
   GMAC                    UNSEC W/INTER           .00            .00            .00
   GMAC                    UNSEC W/INTER      28523.85         535.73         548.47
   GMAC                    UNSEC W/INTER      15641.61         304.23         353.90
   GMAC MORTGAGE           SECURED NOT I        600.00            .00            .00
   JOHN HOPMAN             NOTICE ONLY      NOT FILED            .00            .00
   AMERICAS SERVICING COMPA NOTICE ONLY     NOT FILED            .00            .00
   ROBERT W GOLD SMITH     DEBTOR ATTY        2,350.00                      2,350.00
   TOM VAUGHN              TRUSTEE                                            298.06
   DEBTOR REFUND           REFUND                                             321.57

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE                 4,711.96

   PRIORITY                                          .00
   SECURED                                           .00
   UNSECURED                                      902.37
       INTEREST                                   839.96
   ADMINISTRATIVE                               2,350.00
   TRUSTEE COMPENSATION                           298.06
   DEBTOR REFUND                                  321.57
                          ---------------    ---------------
   TOTALS                   4,711.96            4,711.96
```

          PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 12657 EVELYN C HOPMAN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 12657 EVELYN C HOPMAN